**Kenny E. GOODWIN, Appellant,**

v.

**Thomas J. RIDGE, Secretary, Department of Homeland Security, Appellee.**

No. 05–3818.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2006.

Filed: Nov. 30, 2006.

Kenny E. Goodwin, Little Rock, AR, pro se.

Gwendolyn Dewees Hodge, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Kenny E. Goodwin appeals the district court's [1] adverse grant of summary judgment in his Title VII suit claiming race discrimination against the United States Department of Homeland Security. Having carefully reviewed the record and considered Goodwin's arguments, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.